UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-22491-CIV-O'SULLIVAN
[CONSENT]

EPHRAIM CASADO,
    Plaintiff,
v.

MIAMI-DADE COUNTY, FLORIDA;
WILLIAM BASKINS and
OLIVER MAYORGA,
    Defendants.
                                           /

**ORDER**

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (DE# 87, 1/8/18). The stipulation was filed pursuant to Rule 41 of the Federal Rules of Civil Procedure. The entry of a Rule 41(a)(1)(A)(ii) stipulation is sel- executing and divests the district court of jurisdiction. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012). Accordingly, it is

ORDERED AND ADJUDGED that all pending motions are DENIED as moot and the trial and all other hearings dates and deadlines are CANCELLED.

**THE CLERK IS DIRECTED TO MARK THIS CASE CLOSED.**

DONE AND ORDERED in Chambers at Miami, Florida, this **9th** day of January, 2019.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE